**ADCO PRODUCTS, INC.,**
**Plaintiff–Appellant,**

v.

**CARLISLE SYNTEC**
**INCORPORATED, Defendant–Appellee.**

No. 00–1531.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 26, 2001.

ON MOTION

MICHEL, Circuit Judge.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. R. 42(b).